Order issued September ᗴ4 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00941-CV

CLASSIC SUPEROOF LLC AND STANLEY KEITH LYLES, Appellants

V.

DONNA K. BEAN, Appellee

On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 3-1546-2010

# O R D E R

The Court has before it the September 18, 2012 request of Denise Y. Condran, Official Court Reporter for the County Court at Law No. 3, for an extension of time in which to file the reporter's record. The Court **GRANTS** the request and **ORDERS** that the reporter's record be filed within thirty days of the date of this order.

MOLLY FRANCIS
JUSTICE